# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANCELYN WALKER, on behalf of herself and others similarly situated, | ) ) ) |
| *Plaintiff*, | ) Docket No. 1:25-CV-01179-JFS ) |
| v. | ) ) |
| WEST SHORE HOME, LLC | ) ) |
| *Defendant*. | ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Thomas G. Collins, Esquire, as counsel for Defendant, West Shore Home, LLC, in the above-captioned matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  */s/ Thomas G. Collins*
Thomas G. Collins, Esquire
I.D. #75896
409 North Second Street, Suite 500
Harrisburg, PA  17101
Phone: (717) 237-4843
Facsimile: (717) 233-0852
Email: thomas.collins@bipc.com
*Attorneys for Defendant*

Date: July 7, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court ***electronically*** for filing and for service upon the following parties this day.

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel.: 508-221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Thomas G. Collins*
Thomas G. Collins, Esquire

Date: July 7, 2025