IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANCELYN WALKER, *on behalf of herself and others similarly situated*, | CIVIL ACTION NO. 1:25-CV-1179 |
| | JUDGE SAPORITO |
| Plaintiff | |
| v. | |
| WEST SHORE HOME, LLC, | |
| Defendant | |

FILED
WILKES-BARRE
SEP 29 2025
PER ___
DEPUTY CLERK

## SCHEDULING ORDER

**AND NOW, this 29th day of September, 2025**, following the case management conference held on this date, **IT IS HEREBY ORDERED THAT** the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties.** Any joinder of parties shall be accomplished by December 2, 2025.

2. **Amendments.** Amendments to the pleadings shall be filed by December 2, 2025. Said amendment shall be accompanied by either

motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3. **Discovery**. All discovery shall be completed by March 20, 2026.

4. **Expert Discovery.** Expert discovery shall be completed by July 15, 2026.

5. **Expert Reports**. Reports of Plaintiff's retained experts shall be produced by April 10, 2026. Reports of Defendant's retained experts shall be produced by May 11, 2026. Supplementations shall be due May 25, 2026.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall place on the docket a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

6. **Dispositive Motions**. All case dispositive motions shall be filed by July 31, 2026.

7. **Final Pretrial Conference and Trial**. Counsel have advised that they anticipate the case will be trial ready in December 2026.

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss.

Should the parties enter into private mediation, the Court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful, counsel shall immediately notify the Court.

JOSEPH F. SAPORITO, JR.
United States District Judge