# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANCELYN WALKER, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WEST SHORE HOME, LLC<br><br>Defendant. | Case No. 1:25-cv-01179-JFS<br><br><br>(Judge Joseph F. Saporito, Jr.) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED this 13th day of March, 2026.

*/s/ Anthony Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

By:  */s/ Ari N. Rothman*
BUCHANAN INGERSOLL &
ROONEY PC
Thomas G. Collins, Esquire
I.D. #75896
Daniel S. Rothschild, Esquire
I.D. #325800
409 North Second Street, Suite 500
Harrisburg, PA 17101
Phone: (717) 237-4843
Facsimile: (717) 233-0852
Email: thomas.collins@bipc.com

Email: daniel.rothschild@bipc.com

Ari N. Rothman, Esquire (*pro hac vice*)
Jane B. Baber, Esquire (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Phone: (202) 344-4220
Email: anrothman@venable.com
Email: jbbaber@venable.com

*Attorneys for Defendant West Shore Home, LLC*